UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY TALBERT

VERSUS

WARDEN JIM BROWN, ET AL

CIVIL ACTION

NO. 05-1256-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 15, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's action will dismissed as frivolous, with prejudice to his claims being asserted again until the conditions of Heck v. Humphrey, are met.

Baton Rouge, Louisiana, September  /0  , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA